# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| MICHAEL L. JOHNSON, | Case No. 1:21-cv-171 |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| LIEUTENANT KRISTAL LITTLE, et al., | |
| Defendants. | |

---

## ORDER OVERRULING OBJECTION (Doc. 8), ADOPTING REPORT AND RECOMMENDATION (Doc. 6), AND CONSOLIDATING ACTIONS

---

This case is before the Court upon the Report and Recommendation ("R&R") (Doc. 6) entered by United States Chief Magistrate Judge Karen L. Litkovitz. On April 26, 2021, Plaintiff filed both an Objection (Doc. 8) to the R&R and a motion for additional time to object to the R&R. The Court granted the motion, thereby permitting Plaintiff until May 9, 2021 to file further objections. That deadline has expired and Plaintiff has declined to file any further objection, making this matter ripe for review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court finds that Plaintiff's Objection is not well-taken and is accordingly **OVERRULED**. The Court **ADOPTS** the Report and Recommendation in its entirety and rules as follows:

1. The Complaint is **DISMISSED with prejudice** pursuant to 28

U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1), except for Plaintiff's excessive force and failure to protect claims against Defendants G. Fri, Lt. Setty, Lt. Little, Lt. Eaches, and Michael Rush.

2. Because this case and Case No. 1:21-cv-141 involve common questions of law and fact, the cases are hereby **CONSOLIDATED**. See Fed. R. Civ. P. 42(a). The Clerk of Court is **DIRECTED** to file the Complaint in this action as a supplemental complaint in Case No. 1:21-cv-141 and add G. Fri, Lt. Setty, Lt. Little, Lt. Eaches, and Case Manager Michael Rush as defendants in Case No. 1:21-cv-141.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND